**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JDS FOURTH AVENUE LLC, | ) | Case No. 21-10888 (KBO) |
| | ) | |
| Debtor. | ) | **Related to D.I. 7** |
| _____ | ) | |

**ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE**

Upon consideration of *Largo 613 Baltic Street Partners LLC's Motion to Dismiss the Debtor's Chapter 11 Case* [D.I. 7] (the "Motion to Dismiss"), and all briefing, evidence, and argument in support of and in opposition to the Motion to Dismiss; it is **HEREBY ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth on the record by the Court on July 8, 2021:

1. The above-captioned chapter 11 proceeding is hereby dismissed.

2. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: July 8, 2021
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE