# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 7/8/2021 |
| Case: 21−10888−KBO | Form ID: pdfodc | Total: 24 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Scott D Jones | scott.jones@cousins−law.com |
| aty | Scott D. Cousins | scott.cousins@cousins−law.com |
| aty | Victoria A. Guilfoyle | guilfoyle@blankrome.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | JDS Fourth Avenue LLC | 104 5th Avenue, 9th Floor     New York, NY 10011 |
| aty | Craig M. Flanders | Blank Rome LLP     1271 Avenue of the Americas     New York, NY 10020 |
| aty | Jeffrey Rhodes | Blank Rome LLP     International Square     1825 Eye Street NW     Washington, DC 20006 |
| 16497842 | American Arbitration Association | 120 Broadway, 21st Floor     New York, NY 10271−2700 |
| 16497843 | Baltic Fourth LLC | 615 Baltic Street     Brooklyn, NY 11217−3101 |
| 16518465 | Cywiak & Company LLP | 19 W 44th St #510     New York, NY 10036 |
| 16497853 | Delaware State Treasury | 820 Silver Lake Blvd., Suite 100     Dover, DE 19904−2464 |
| 16516596 | Department of the Treasury | Internal Revenue Service     P.O. Box 7346     Philadelphia, PA 19101−7346 |
| 16497844 | FTI Consulting | P.O. Box 418005     Boston, MA 02241−8005 |
| 16497850 | Internal Revenue Service | P.O. Box 7346     Philadelphia, PA 19101−7346 |
| 16497845 | Kasowitz Benson Torres LLP | 1633 Broadway     New York, NY 10019−6708 |
| 16497846 | Largo 613 Baltic Street Partners LLC | 155 Noble Street     Brooklyn, NY 11222−2568 |
| 16497847 | Lewis Brisbois Bisgaard & Smith LLP | 77 Water Street, Suite 2100     New York, NY 10005−4403 |
| 16497848 | Lydecker LLP | 1221 Brickell Avenue, 19th Floor     Miami, FL 33131−3240 |
| 16497854 | Secretary of State | Divisions of Corporations     Franchise Tax     P.O. Box 898     Dover, DE 19903−0898 |
| 16497851 | Securities & Exchange Commission | Secretary of the Treasury     100 F Street, NE     Washington, DC 20549−2001 |
| 16497852 | Securities and Exchange Commission | New York regional Office     Attn: Andrew Calamari, Regional Director     Brookfield Place     220 Vesey Street, Suite 400     New York, NY 10281−1022 |
| 16497849 | Tona Construction & Management LLC | 58 North Main Street     Marlboro, NJ 07746−1451 |
| 16518466 | Xact Data Discovery | PO Box 714800     Cincinnati, OH 45271 |

TOTAL: 19